**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | NO. CV 19-798-TJH(E) |
| Petitioner, | |
| v. | JUDGMENT |
| THE STATE OF CALIFORNIA, ET AL., | |
| Respondents. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: FEBRUARY 26, 2019.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE